UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LINDA KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV622-032 |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) of August 25, 2023, (doc. no. 16), to which Plaintiff has objected, (doc. no. 17), and the Acting Commissioner has responded, (doc. no. 18). After thorough consideration of the grounds of error alleged in Plaintiff's briefing, ranging from the ALJ's failure to assign proper weight to medical opinions, to his failure to account for Plaintiff's inability to leave the house, to his improper consideration of her solitary personal activities, conservative treatment, medical improvement, and partially benign mental status exams, the Magistrate Judge recommended the ALJ's final decision be affirmed because it was based on substantial

evidence. (See generally doc. no. 16.) Plaintiff objected to the R&R, restating numerous arguments the Magistrate Judge already addressed at length in the R&R, (see, e.g., doc. no. 18 at 2) and accordingly, only one argument merits further analysis.

Plaintiff disagrees with the R&R's analysis of the effect of the Eleventh Circuit's decision in Harner v. Social Security Administration, Commissioner, 38 F.4th 892 (11th Cir. 2022), on many of the cases cited in her briefs. (See doc. no. 17 at 6-7; see also doc. no. 16 at 14 n.4). She argues, without citation to any authority, that the Magistrate Judge's acknowledgement that the relied-upon precedents have been abrogated is "inaccurate." (Doc. no. 17 at 6.) This argument is inexplicable, as the Eleventh Circuit very clearly stated that its prior precedents applying the treating-physician rule have been abrogated. Harner, 38 F.4th at 896. Despite this explicit holding, Plaintiff argues the Eleventh Circuit's analysis in Meade v. Commissioner of Social Security, 807 F. App'x 942, 948-49 (11th Cir. 2020), should still be considered by this Court in its analysis. (Doc. no. 17 at 7.) A closer look at Meade shows that the cited analysis is a direct application of the now-defunct treating physician rule, which required the ALJ to "give a treating physician's opinion

substantial or considerable weight unless there is good cause not to." 807 F. App'x at 946 (internal citation and quotations omitted); see also id. at 949 (applying this standard to the ALJ's analysis of a treating physician). The analysis has, therefore, been abrogated. Harner, 38 F.4th at 896. Plaintiff does not explain why that analysis should still carry weight, just that it should. (Doc. no. 17 at 7.) Her argument fails.

As the R&R correctly explained, (doc. no. 16 at 1-2), this Court's review of the Acting Commissioner's final decision is limited. "We may not decide the facts anew, reweigh the evidence, or substitute our judgment for that of the Commissioner. [Cit.] If the Commissioner's decision is supported by substantial evidence, this Court must affirm, even if the proof preponderates against it." Mitchell v. Comm'r, Soc. Sec. Admin., 771 F.3d 780, 782 (11th Cir. 2014) (internal citations and quotations omitted). A de novo review of the Magistrate Judge's R&R shows he appropriately applied this deferential standard to the Acting Commissioner's final decision. Therefore, the Plaintiff's objections are **OVERRULED**, the R&R (doc. no. 16) is **ADOPTED** as the Court's

opinion in this case, and the Acting Commissioner's final decision is **AFFIRMED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of September, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA